**DAYTON SUPERIOR CORPORATION,**
Plaintiff,

v.

**SPA STEEL PRODUCTS,**
**INC., Defendant.**

**No. 08 C 4093.**

United States District Court,
N.D. Illinois,
Eastern Division.

Nov. 14, 2008.

Jordan B. Reich, Renee M. Mehl, Kohner, Mann & Kailas, S.C., Milwaukee, WI, for Plaintiff.

Robert L. Katzman, Katzman Law Firm, PLLC, Saratoga Springs, NY, for Defendant.

## MEMORANDUM OPINION AND ORDER

MILTON I. SHADUR, Senior District Judge.

Dayton Superior Corporation ("Dayton") seeks to hale Spa Steel Products, Inc. ("Spa") into this District Court to defend against Dayton's claim that Spa owes it nearly $1.3 million for goods sold and delivered during the 2006–07 time frame. Spa challenges its amenability to suit here under the Illinois long-arm statute ("Act," 735 ILCS 5/2–209) or, alternatively, seeks a 28 U.S.C. § 1404(a)("Section 1404(a)") transfer to its home base in New York. With that challenge now fully briefed, it is ripe for decision.

As a result of the Act's amendment that extended its reach to the outermost boundaries set by the Due Process Clause, any more restrictive pre-amendment cases in Illinois lose their independent force, and the inquiry into personal jurisdiction telescopes into a straightforward due process analysis. In that respect it is Dayton's burden to "mak[e] out a prima facie showing of the existence of personal jurisdiction" (*Citadel Group Ltd. v. Washington Regional Med. Ctr.*, 536 F.3d 757, 760 (7th Cir.2008)). Indeed, *Citadel Group* serves as a focal point for the current inquiry, for in holding the defendant there subject to suit in this judicial district our Court of Appeals distinguished the case that this Court finds controlling under the circumstances of this action, *Lakeside Bridge & Steel Co. v. Mountain State Constr. Co.*, 597 F.2d 596 (7th Cir.1979).

There is no question that Spa never budged (either literally or figuratively) from its New York base: It placed its orders from there, it received the ordered materials at various locations there (either at its own place of business or at sites where it was carrying out its business), and its only contacts with Illinois were

electronic—e-mails and telephone calls, each at long distance, to an administrative office maintained by Dayton in Illinois. Indeed:

1. All of Spa's purchase orders were sent to Dayton at its Columbus, *Ohio* office.[1]

2. In accordance with Dayton's own written instructions in each of its invoices, payment of those invoices was directed to be made to Dayton at a post office box in Cincinnati, *Ohio*.

3. It was obviously immaterial to Spa from which of Dayton's "thousands of Dayton Superior distributor locations" the Spa orders were filled. In fact, this Court's review of the 23 invoices attached as Ex. 1 to Dayton's response discloses that although Dayton *chose* to make the majority of shipments of the ordered materials from Kankakee, Illinois, it also chose to make four of its shipments from Kansas City, Kansas, one from Miamisburg, Ohio, three from Allentown, Pennsylvania and two from Rialto, California.

That congeries of facts bears a startling resemblance to the situation that led our Court of Appeals to reject in personam jurisdiction in *Lakeside Bridge*. What the court stated there could just as well have been written for this case. After saying that, just as in this case, "The principal contact relied upon here as a basis for jurisdiction is performance of contractual obligations by the plaintiff, not the defendant, in the forum state" (597 F.2d at 601), the *Lakeside Bridge* court engaged in an extended and thoughtful discussion by the late Judge Philip Tone, followed by this

language (*id.* at 603, quoted in *Citadel Group,* 536 F.3d at 763)(the following quotation has been adapted to the facts of this case):

> Although [Spa] in a sense caused the activity in [Illinois] by placing the order, the contract between the parties left [Dayton] in absolute control over where it would conduct that activity, and it made this decision and conducted the activity unilaterally.

"Could just as well have been written for this case" is in a sense an understatement, for the dismissal of this case for lack of in personam jurisdiction flows a fortiori from the analysis in *Lakeside Bridge*. What the preceding paragraph quoted from that opinion was followed by this language (597 F.2d at 603 (citation omitted), once again adapted to fit the facts of this litigation):

> [Spa's] belief, which we may assume existed, that [Dayton] would choose to perform its contractual obligations in [Illinois] does not constitute an invocation of the benefits and protections of [Illinois'] laws; [Spa] did not "purposefully avail itself of the privilege of conducting activities within the forum State, thus invoking the benefits and protections of its laws."

There is no basis for assuming a comparable belief here, particularly given Dayton's varying choices as to the sources of its shipments—yet the defendant prevailed in *Lakeside Bridge despite* the existence of the assumed belief.

---

1. Take a look at Dayton's attached website, which (1) identifies its home office (unsurprisingly) as located in Dayton, Ohio, (2) refers to its "dependable delivery of technically-superior construction products from thousands of Dayton Superior distributor locations" and (3) refers (among other of those locations) to what it calls "Symons Headquarters" in Elk Grove Village, Illinois. That website in turn links to an extended Symons website that identifies a host of "Symons representatives" around the country. Spa has stated without contradiction that it never dealt with anyone under the Symons rubric—just with Dayton as stated in the text.

To be sure, *Citadel Group*, 536 F.3d at 763 speaks of the limited scope to be given to the *Lakeside Bridge* opinion in light of later developments, while at the same time it reconfirms that "*Lakeside* has never been overruled" (*id.*). But the parallels between this case and *Lakeside Bridge* are, as already stated, truly startling. Even more is true: Whatever viability *Lakeside Bridge* retains is present here in spades—as already stated, a fortiori.

In sum, Spa's motion for dismissal because of the absence of in personam jurisdiction must be granted. But because counsel for the parties are expected to appear for a previously-scheduled status date on November 17, this Court will then inquire as to whether Dayton would prefer to save the expenditure of another $350 filing fee by agreeing instead to the transfer of this case to a district court in New York.[2]

2. What has been said in this opinion obviates any need to address Spa's alternative Section 1404(a) motion, although Spa's most recent submission indicates that the motion would have had compelling force if the dismissal motion were to have been denied.

1044

**BUILDING STRENGTH**

ABOUT US | FAQ | INTERNATIONAL | CONTACT | CAREERS | INVESTOR RELATIONS | SITE MAP

WHAT'S NEW | SAFETY & TRAINING | WHERE TO BUY | DOWNLOADS | [_____] SEARCH

✉ EMAIL PAGE     🖨 PRINT FRIENDLY

**PRODUCTS**

BY BRAND
Select Brand

BY PRODUCT CATEGORY

**ACCESSORIES**

CONCRETE FORMING
DUR-O-WAL MASONRY
BAR SUPPORTS
BRIDGE DECK
PAVING
TILT-UP
PRECAST
PRESTRESS
REBAR SPLICING
BAR-LOCK REBAR COUPLERS
FORM LINERS

**CHEMICAL**

FLOOR LEVELERS
LIQUID DENSIFIERS/ DIAMOND POLISHING
CONCRETE REPAIR
EPOXIES
HIGHWAY CHEMICALS
WATER REPELLENTS & SEALERS
CURES and CURE&SEAL
GREEN/LEED PRODUCTS
JOINT SEALANTS
GROUTS
FORM RELEASES
TILT-UP BONDBREAKERS
HARDENERS/ INDUSTRIAL TOPPINGS
RETARDERS / REDUCERS & ACCELERATORS
CLEANERS & STRIPPERS
BONDING AGENTS
POLYMER FLOOR COATINGS

SIGN UP FOR CONCRETE NOTES™ NEWSLETTER
Enter email   ✉
privacy policy

IMAGE LIBRARY

HOME > ABOUT US

## CONCRETE. Literally the foundation of Dayton Superior.

RELATED LINKS
Dayton Access

Can you think of a building that doesn't depend on concrete for it's strength? Or masonry for added functionality and beauty? Neither can we. And neither can the tens of thousands of architects, engineers, designers and contractor customers that rely upon dependable delivery of technically-superior construction products from thousands of Dayton Superior distributor locations

For more than 100 years, the people and processes of Dayton Superior have created and refined products and technologies, the result of which is seen every day on virtually every major construction project in North America. Our success is based on our commitment to helping architects, engineers and contractors achieve higher performance, better efficiency, and lasting results in construction projects around the world

### AWARD WINNING ENGINEERING AND APPLICATION SOLUTIONS.

As one of the nation's leading suppliers to the construction industry, Dayton Superior offers a diverse group of innovative product solutions ranging from accessories for concrete and masonry construction and forming systems to construction chemicals and load transfer devices for concrete pavement. The knowledge, experience, and talent of more than 1,500 people helps us develop and market innovative products, offer reliable engineering services, and train and certify sales, service and engineering personnel. We are one of the leading providers of hands-on and on-line AIA-approved architect and professional engineer training courses in the concrete industry

### HELPING TO BUILD AMERICA ... AND THE WORLD

We help contractors build schools, hospitals, sport arenas, office buildings, distribution centers, industrial facilities and help strengthen highways, bridges, airports, power plants, and water treatment facilities. Our extensive expertise encompasses the manufacturing, design and development of concrete and masonry accessories, forming and shoring systems, construction chemicals, and pavement load transfer systems

### THE MOST EXTENSIVE DISTRIBUTOR NETWORK IN THE CONCRETE & MASONRY INDUSTRY

We sell only through well-qualified distributors. Supported by Regional offices and hundreds of nearby Account Managers. The best-known and spec-backed products available at the most-convenient dealer branch locations- thousands and thousands of them-is a recipe for success

---

**DAYTON SUPERIOR**   7777 Washington Village Dr., Ste 130 • Dayton, OH 45459
Phone. 937-428-6360 • Toll Free: 877-652-9466 • Fax 937 425 9560 • www.daytonsuperior.com

BY BRAND
Select Brand

HOME > CONTACT

BY PRODUCT CATEGORY

## ACCESSORIES
CONCRETE FORMING
DUR-O-WAL MASONRY
BAR SUPPORTS
BRIDGE DECK
PAVING
TILT-UP
PRECAST
PRESTRESS
REBAR SPLICING
BAR-LOCK REBAR COUPLERS
FORM LINERS

## CHEMICAL
FLOOR LEVELERS
LIQUID DENSIFIERS/ DIAMOND POLISHING
CONCRETE REPAIR
EPOXIES
HIGHWAY CHEMICALS
WATER REPELLENTS & SEALERS
CURES and CURE&SEAL
GREENLEED PRODUCTS
JOINT SEALANTS
GROUTS
FORM RELEASES
TILT-UP BONDBREAKERS
HARDENERS/ INDUSTRIAL TOPPINGS
RETARDERS / REDUCERS & ACCELERATORS
CLEANERS & STRIPPERS
BONDING AGENTS
POLYMER FLOOR COATINGS

SIGN UP FOR CONCRETE NOTES™ NEWSLETTER
Enter email
Privacy Policy

IMAGE LIBRARY

# Contact Dayton Superior

**CORPORATE HEADQUARTERS**
7777 Washington Village Dr , Ste  130
Dayton, OH 45459
Phone  937-428-6360
Corporate Email

**TECHNICAL ASSISTANCE**
Chemical Tech Service: 866-
329-0724                    Email
Chemicals

Accessories Tech Center:
800-745-3700
Email Accessories

Masonry Tech Service: 877-
533-9366, 44-1134
Email Dur-O-Wal

**CUSTOMER SERVICE**
Toll-Free Nationwide:  898-
977-7600

Call one of the regional offices
below, or Contact your local Dayton
Sales Representative

**ROCKY MOUNTAIN DISTRICT**
Denver
4950 Olive Street
Commerce City, CO 60022
1-303-289-1604

**GREAT PLAINS DISTRICT**
Kansas City
4226 Kansas Avenue
Kansas City, KS 66106
1-877-115-3430

**CANADA**
Toronto
35E Atwell Drive
Rexdale, Ontario M9W 5C3
1-416-798-2000

**SYMONS HEADQUARTERS**
Chicago
2400 Annur Avenue
Fl k Grove Village, IL 60007
1-800-800-7652

**NORTHEAST DISTRICT**
Allentown
7130 Ambassador Drive
Allentown, PA 18106
1-610-366-3890

King of Prussia
SYMONS
200 King Manor Drive
King of Prussia, PA 19406
1-800-800-7631

**MIDWEST DISTRICT**
Miamisburg
721 Richard Street
Miamisburg, Ohio 45342
1-937-866-0711

**SOUTHEAST DISTRICT**
Orlando
2497 Tradeport Drive,
Orlando, FL 32824
1-800-745-3710

Pompano Beach
SYMONS
1791 West Copans Road  Suite 5
Pompano Beach, FL 33064
1-800-800-7640

**MIDSOUTH DISTRICT**
Grand Prairie
1002 Avenue T
Grand Prairie  TX 75050
1-800-745-3703

Houston
SYMONS
1909 Peach Leaf Street
Houston, TX 77039
1-800-800-7543

**WESTERN DISTRICT**
Rialto
562 West Santa Ana Avenue
Rialto  CA 92316
1-800-531-3355

City of Industry
SYMONS
722 S  Parnell Place
City of Industry  CA 91745
1-800-600-7615

All inquiries outside the U S  should be directed to
**DAYTON SUPERIOR INTERNATIONAL OFFICE**
Fred Slack, Vice President, International

Dayton Superior
2400 Arthur Avenue
Elk Grove Village, IL 60007
011-847-381-2757 (direct)
01-847-254-4307 (fax)
FredSlack@DaytonSuperior.com

**DAYTON SUPERIOR** | 7777 Washington Village Dr., Ste. 130 • Dayton, OH 45158
Phone 937 123-4360 • Toll Free 877-632-0866 • Fax 937-428-0560 • www.daytonsuperior.com